

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2019

No. 04-19-00196-CV

**IN THE GUARDIANSHIP OF JAMES E. FAIRLEY,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2011-PC-1068
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

Appellant's unopposed motion for extension of time to file her reply brief is GRANTED. Appellant's reply brief is due August 19, 2019. No further extensions will be granted absent extenuating circumstances.

It is so **ORDERED** on this 9th day of July, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court